```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., SCREEN GEMS-EMI MUSIC INC., JOBETE MUSIC CO, INC., SONY/ATV TUNES, LLC, SONY/ATV SONGS LLC, SONY/ATV TREE PUBLISHING, SONY/ATV CROSS KEYS PUBLISHING, SONY/ATV MELODY, SONY/ATV ACUFF ROSE MUSIC, UNIVERSAL MUSIC PUBLISHING GROUP, INC., UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., UNIVERSAL MUSIC-Z TUNES LLC, UNIVERSAL MUSIC-Z SONGS, UNIVERSAL SONGS OF POLYGRAM INTERNATIONL, INC., SONGS OF UNIVERSAL, INC., UNVERSAL MUSIC MGB SONGS, ALAMO MUSIC CORP., WB MUSIC CORP., WARNER-TAMERLANE PUBLISHING CORP., DEVON MUSIC, INC., HAMPSHIRE HOUSE PUBLISHING CORP., ESSEX MUSIC, INC., ESSEX MUSIC INTERNATIONAL, INC., EVIL EYE MUSIC, INC., FRANK MUSIC CORPORATION, PEER INTERNATIONAL CORPORATION, SONGS OF PEER, LTD., PEERMUSIC III LTD., BUG MUSIC, INC. AND HITCO MUSIC PUBLISHING, LLC, <br><br>                     Plaintiffs, <br><br>       v. <br><br> LIME WIRE LLC, LIME GROUP LLC, MARK GORTON, GREG BILDSON, and M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, <br><br>                     Defendants. | Civil Action No.: 10 CIV 4695 (KMW) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

WHEREAS, Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership (collectively, "Lime Wire") have requested that Defendants' time to answer or otherwise respond to the Complaint in the above-captioned action be extended from July 7, 2010 until August 6, 2010;

WHEREAS, this is the first request for an extension of time to respond to the Complaint; and

WHEREAS, Plaintiffs have agreed to the requested extension of time to respond to the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that the time for Defendants to answer or otherwise respond to the Complaint shall be extended to August 6, 2010.

Dated: June 29, 2010
New York, New York

By: _____
Michael S. Sommer

WILSON SONSINI GOODRICH & ROSATI, P.C.

Attorneys for Defendants Lime Wire LLC, Lime Group LLC, Mark Gorton, and M.J.G. Lime Wire Family Limited Partnership

Dated: June 28, 2010
New York, New York

By: _____
Donald S. Zakarin

PRYOR CASHMAN LLP

Attorneys for Plaintiffs EMI April Music Inc. *et al.*

SO ORDERED:

Dated: June 29, 2010
New York, New York

By: _____
United States Judge Kimba M. Wood

2