```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EMI APRIL MUSIC INC., et al,

                Plaintiffs,

      -against-

LIME WIRE LLC, et al,

                Defendants.
------------------------------------------------------------------X
KIMBA M. WOOD, U.S.D.J.:

ORDER

10 Civ. 4695 (KMW)

      The parties shall appear for a case management conference on Thursday, January 27, 2011, at 11:45 a.m., in Courtroom 15(b).

SO ORDERED.

Dated: New York, New York
          January 24, 2011

                                      Kimba M. Wood
                                      United States District Judge