UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., SCREEN GEMS-EMI MUSIC INC., JOBETE MUSIC CO. INC., SONY/ATV TUNES, LLC, SONY/ATV SONGS LLC, SONY/ATV TREE PUBLISHING, SONY/ATV CROSS KEYS PUBLISHING, SONY/ATV MELODY, SONY/ATV ACUFF ROSE MUSIC, UNIVERSAL MUSIC PUBLISHING GROUP, INC., UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., UNIVERSAL MUSIC-Z TUNES LLC, UNIVERSAL MUSIC-Z SONGS, UNIVERSAL SONGS OF POLYGRAM INTERNATIONAL, INC., SONGS OF UNIVERSAL, INC., UNIVERSAL MUSIC MGB SONGS, ALAMO MUSIC CORP., WB MUSIC CORP., WARNER-TAMERLANE PUBLISHING CORP., DEVON MUSIC, INC., HAMPSHIRE HOUSE PUBLISHING CORP., ESSEX MUSIC, INC., ESSEX MUSIC INTERNATIONAL, INC., EVIL EYE MUSIC, INC., FRANK MUSIC CORPORATION, PEER INTERNATIONAL CORPORATION, SONGS OF PEER, LTD., PEERMUSIC III, LTD., BUG MUSIC, INC. and HITCO MUSIC PUBLISHING, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>LIME WIRE LLC, LIME GROUP LLC, MARK GORTON, GREG BILDSON, M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, M.J.G. LIME SPOT FAMILY LIMITED PARTNERSHIP, MJ GORTON FAMILY LIMITED PARTNERSHIP, M.J.G. TOWER RESEARCH FAMILY LIMITED PARTNERSHIP, MJG 377 TOWER REALTY FAMILY LIMITED PARTNERSHIP and M.J.G. LIME BROKERAGE FAMILY LIMITED PARTNERSHIP, <br><br>Defendants. | Civil Action No.: 10 CIV 4695 (KMW) <br><br>**ECF Case** |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AGAINST DEFENDANTS LIME WIRE LLC, LIME GROUP LLC,
MARK GORTON, M.J.G. LIME WIRE FAMILY LIMITED PARTNERSHIP, M.J.G.
LIME SPOT FAMILY LIMITED PARTNERSHIP, MJ GORTON FAMILY LIMITED
PARTNERSHIP, M.J.G. TOWER RESEARCH FAMILY LIMITED PARTNERSHIP,
MJG 377 TOWER REALTY FAMILY LIMITED PARTNERSHIP and M.J.G. LIME
BROKERAGE FAMILY LIMITED PARTNERSHIP**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel as follows:

1. All claims against Lime Wire LLC, Lime Group LLC, Mark Gorton, M.J.G. Lime Wire Family Limited Partnership, M.J.G. Lime Spot Family Limited Partnership, MJ Gorton Family Limited Partnership, M.J.G. Tower Research Family Limited Partnership, M.J.G. 377 Tower Realty Family Limited Partnership, and M.J.G. Lime Brokerage Family Limited Partnership are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Defendants and each Plaintiff shall each bear its own costs of suit, including attorneys' fees.

Dated: March 4, 2011

PRYOR CASHMAN LLP

*/s/ Lisa M. Buckley*

Donald S. Zakarin
(Dzakarin@pryorcashman.com)
Lisa M. Buckley
(Lbuckley@pryorcashman.com)
Frank P. Scibilia
(FScibilia@pryorcashman.com)

7 Times Square
New York, NY 10036
Phone: (212) 421-4100

*Attorneys for Plaintiffs*

WILLKIE FARR & GALLAGHER LLP

*/s/ Tariq Mundiya*

Joseph T. Baio
(JBaio@willkie.com)
Tariq Mundiya
(TMundiya@willkie.com)

787 Seventh Avenue
New York, New York 10019
Phone: (212) 728-8000

*Attorneys for Lime Wire LLC, Lime Group LLC, Mark Gorton, M.J.G. Lime Wire Family Limited Partnership, M.J.G. Lime Spot Family Limited Partnership, MJ Gorton Family Limited Partnership, M.J.G. Tower Research Family Limited Partnership, M.J.G. 377 Tower Realty Family Limited Partnership, and M.J.G. Lime Brokerage Family Limited Partnership*